**JUDGE KARAS**

07 CV 6333

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FRONT CARRIERS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 11 2007

| FRONT CARRIERS LTD., | |
|---|---|
| Plaintiff, | 07 Civ. ____ ( ____ ) |
| -against- | CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| TRANSFIELD ER CAPE LTD., | |
| Defendant. | |

    I, Michael J. Frevola, attorney for Plaintiff Front Carriers Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Front Carriers Ltd. is not publicly traded and it is 100% owned by Golden Ocean Group Ltd. of Bermuda, which is a company that is publicly traded on the Oslo, Norway stock exchange.

Dated:   New York, New York
           July 10, 2007

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                    By: _____
                           Michael J. Frevola, Esq.
                           195 Broadway
                           New York, New York 10007
                           (212) 513-3200

                           *Attorneys for Plaintiff*