AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Front Carriers Ltd.

v.

TRANSFIELD ER CAPE LTD.

**APPEARANCE**

Case Number: 07 Civ. 6333 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TRANSFIELD ER CAPE LTD.

This appearance is a restricted apperance pursuant to Supplemental Admiralty Rule E(8) in response to process of maritime attachment and garnishment issued pursuant to Supplemental Admiralty Rule B.

I certify that I am admitted to practice in this court.

August 24, 2007
Date

*[signature]*
Signature

Patrick F. Lennon                              PL 2162
Print Name                                     Bar Number

420 Lexington Ave., Suite 300
Address

| New York | NY | 10170 |
| City | State | Zip Code |

(212) 490-6050                                 (212) 490-6070
Phone Number                                   Fax Number