UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRONT CARRIERS LTD.,                               :

                   Plaintiff,             :        07 Civ. 6333 (KMK)

   - against -                                            :

                                                                ECF CASE

TRANSFIELD ER CAPE LTD.,                        :

                   Defendant.          :
------------------------------------------------------------X

## ORDER TO SHOW CAUSE WHY RULE B ATTACHMENT SHOULD NOT BE VACATED

Upon the annexed declaration of Steven Tse dated August 24, 2007, the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff Front Carriers ("FCL") show cause before the Honorable Kenneth M. Karas, Unites States District Court Judge, at 500 Pearl Street, Courtroom 21D, New York, New York, 10007, pursuant to the Supplemental Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary hearing on an attachment **within three court-days,** on the 29th day of August, 2007 at 10:00 A.M. o'clock or as soon thereafter as counsel can be heard why; (1) the attachment shall not be vacated on the basis that Plaintiff's claim is premature as Plaintiff has failed to initiate the underlying proceedings upon which this action was premised; (2) the attachment shall not be vacated or reduced on an equitable basis; (3) an Order shall not be issued dismissing the instant action for lack of jurisdiction; and (4) an Order shall not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declaration and Memorandum of Law, if served upon Holland & Knight, 195 Broadway, New York, NY 10007, attorneys for the Plaintiff, on or before 5 P.M. o'clock on August 24, 2007 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon, LLC by fax or e-mail on or before the 28th day of Aug, 2007 by 12:00 o'clock pm noon.

[Handwritten margin note: filed with the Court (with a courtesy copy for Judge Karas' chambers) and]

Dated: New York, NY
August 24, 2007

_____
U.S.D.J.
LAURA TAYLOR SWAIN U.S.D.J.
PART I

TO:   Holland & Knight, LLP
      Attorneys for Plaintiff
      195 Broadway
      New York, NY 10007
      Attn: Michael J. Frevola
            Lissa D. Schaupp