Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FRONT CARRIERS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONT CARRIERS LTD., <br><br> Plaintiff, <br><br> -against- <br><br> TRANSFIELD ER CAPE LTD., <br><br> Defendant. | 07 Civ. 6333 (KMK) <br><br> **AFFIRMATION OF LASSE BRAUTASET PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE MARITIME ATTACHMENT** |

I, LASSE BRAUTASET, hereby affirm as follows:

1. I am an attorney at Nordisk Legal Services acting on behalf of Golden Ocean Management AS, the commercial manager of Plaintiff Front Carriers Ltd. In this capacity I have been instructing attorneys in New York and Paris to assist in this matter.

2. In view of the arbitration clause in the COA, I retained a lawfirm in Paris on 27 June, 2007.

3. On 27 and 29 June my colleague Karl Even Rygh and I sent instructions to Holland & Knight in relation to the Rule B Attachment.

4.  Subsequent to obtaining the Attachment Order on 11 July, Michael Frevola informed me on 20 July that there had been contact with Transfield counsel in New York. An e-mail from Mr Pat Lennon was forwarded indicating that he would revert to us with a proposal on substitute security/countersecurity. From our perspective it was prudent to await the content of such proposal.

5.  I was on vacation during the final days of July. Upon returning to the office I advised our Paris counsel of the developments in New York and asked him to stand by until we had received further news.

6.  Based on the above communications, I am most surprised that opponent counsel has sought to vacate the attachment without coming back to us first in relation to the mentioned security issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August, 2007 at Oslo, Norway.

_____
LASSE BRAUTASET

## ATTORNEY'S AFFIRMATION OF SERVICE

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF NEW YORK           )

     RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York, affirms under penalty of perjury:

     That on August 28, 2007, I served a true copy of the attached Affirmation of Lasse Brautaset, via email to the following:

Patrick F. Lennon, Esq.
Lennon, Murphy & Lennon LLC
pfl@lenmur.com


Dated: August 28, 2007

_____
RUDY D. GREEN