UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONT CARRIERS LTD.,

                Plaintiff,

-v-

TRANSFIELD ER CAPE LTD.,

                Defendant.

---

Case No. 07-CV-6333 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record on August 29, 2007, Defendant's motion to vacate the Rule B maritime attachment is DENIED, without prejudice. Plaintiff is directed to file an amended complaint on or before Wednesday, September 5, 2007.

SO ORDERED.

Dated:     August 29, 2007
            New York, New York

                                                  _____
                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE