# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

September 27, 2007

**BY HAND**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 615
New York, New York 10007

Front Carriers Ltd. v. Transfield ER Cape Ltd.
SDNY Docket #: 07 Civ. 6333 (RJS)

Honorable Sir:

    We represent plaintiff Front Carriers Ltd. ("Front Carriers") in the referenced matter.

    In accordance with Judge Karas' order given on August 29, 2007 at the conclusion of the oral argument on the motion to vacate Front Carriers' maritime attachment filed by defendant Transfield ER Cape Ltd. ("Transfield"), we submitted Front Carriers' Amended Verified Complaint to the Clerk's office on September 5, 2007. We also provided a courtesy copy of that Amended Verified Complaint to Judge Karas' chambers on that same day.

    As required by the ECF Rules and Procedure, we also e-mailed PDF copies of the Amended Verified Complaint, with exhibits, to the Case Openings e-mail address that same day. The Clerk's office now has responded to our PDF document submission by advising that it is too large for the ECF system, and that we should contact chambers to obtain Your Honor's memorandum endorsement on Front Carriers' filing the exhibits to the Verified Amended Complaint in hard copy (with the Amended Verified Complaint – less exhibits – being filed on the ECF system).

2 -   The Honorable Richard J. Sullivan
      September 27, 2007

    Accordingly, we respectfully request that Your Honor endorse Front Carriers' request to file the exhibits to Front Carriers' Amended Verified Complaint in hard copy with the Clerk of the Court. We have provided a "So Ordered" line for endorsement below for Your Honor's convenience.

    We look forward to receiving Your Honor's decision in due course.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *[signature]*

Michael J. Frevola

MJF/mf

**SO ORDERED:**

_____
U.S.D.J.           Date 10/1/07

**VIA E-MAIL**

Patrick F. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170
*Counsel for Defendant*

# 4821798_v1