UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONT CARRIERS LTD.,

        Plaintiff,

-v-

TRANSFIELD ER CAPE LTD.,

        Defendant.

Case No. 07 Civ. 6333 (RJS)
ORDER



RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on October 10, 2007, regarding defendant's application for counter-security in the above-entitled action, the Court adopted the following briefing schedule:

    Plaintiff's opposition papers shall be submitted by October 19, 2007.

    Defendant's reply papers shall be submitted by October 26, 2007.

    The Court will schedule a hearing regarding defendant's application at a later date, if necessary.

SO ORDERED.

Dated:    New York, New York
          October __, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE