# Holland Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

November 7, 2007

**BY HAND**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 615
New York, New York 10007

Front Carriers Ltd. v. Transfield ER Cape Ltd. and Transfield ER Limited
SDNY Docket #: 07 Civ. 6333 (RJS)

Honorable Sir:

    We represent plaintiff Front Carriers Ltd. ("Front Carriers") in the referenced matter.

    We refer to Your Honor's Order of October 25, 2007 granting Front Carriers' application to file a Second Amended Verified Complaint (the "Amendment Order"), as well as to Your Honor's Second Amended Order of Attachment dated October 25, 2007.

    We write to advise the Court that Front Carriers was notified at 9:56 a.m. today by Citibank, N.A. of the attachment and restraint of the amount of $3,629,936.70 being wire transferred through Citibank for the benefit of defendant Transfield ER Limited. Pursuant to Your Honor's Amendment Order, Front Carriers has sent e-mail notice to both Transfield ER Limited and to counsel for defendant Transfield ER Cape Ltd.

    With notice having been provided, there is no longer a need for the *ex parte* papers submitted in conjunction with Front Carriers' application to remain in chambers. We request the Court's permission to (1) e-mail Front Carriers' Second Amended Verified Complaint to the Case Openings e-mail address and (2) e-file Front Carriers' papers in support of its application.

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles • Miami • New York
Northern Virginia • Orlando • Portland • San Francisco • Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo • *Representative Office

2 -   The Honorable Richard J. Sullivan
      November 7, 2007

We understand that the Court then would file the Amendment Order, the Second Amended Order of Attachment, and the Second Amended Writ of Attachment.

As provided in the Amendment Order, we also will confer with counsel for Transfield ER Cape Ltd. and contact the Court to schedule a conference.

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By: [signature]

MJF/mf                                                Michael J. Frevola

**VIA E-MAIL**

Patrick F. Lennon, Esq.
Nancy R. Peterson, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170
*Counsel for Defendant*
*Transfield ER Cape Ltd.*

Transfield ER Limited
Rm 2538, 25/F
Sun Hung Kai Centre,
30 Harbour Road, Wanchai, Hong Kong

# 4921184_v1

SO ORDERED
Dated: 11/8/07
RICHARD J. SULLIVAN
U.S.D.J.

SO ORDERED
Dated: _____
_____ SULLIVAN
U.S.D.J.